FILED
United States Court of Appeals
Tenth Circuit

**July 10, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**

_____

RAFAEL ANGEL VALDES,

    Petitioner - Appellant,

v.

WARDEN, Otero County Processing
Center, et al.,

    Respondents - Appellees.

No. 26-2109
(D.C. No. 2:26-CV-01066-KG-KK)
(D. N.M.)

_____

**ORDER**

_____

This matter is before the court on Appellees' *Motion to Dismiss Appeal as Moot*.

Appellant Valdes may file any response to Appellees' *Motion to Dismiss Appeal as Moot* within 14 days from the date of this order.

Appellees' *Motion to Dismiss Appeal as Moot*, and any response by Appellant Valdes, are referred to the panel of judges who will later be assigned to consider this appeal on the merits.

Appellant Valdes's motion to proceed *in forma pauperis* on appeal is currently pending before the district court. [DC ECF No. 16]. This court will provide further directions regarding prosecuting this appeal in due course.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk